# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152211

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AKEI LEVORN CHAPMAN,
      Defendant-Appellant.

SC: 152211
COA: 321000
Wayne CC: 13-009215-FC

_____/

      On order of the Court, the application for leave to appeal the July 21, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016



Clerk

s0919